No. 382. UNION GUARANTEE & MORTGAGE Co. *v.* VAN SCHAICK, SUPERINTENDENT OF INSURANCE. October 14, 1935. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. *Mr. Raymond M. White* for petitioner. *Mr. Alfred C. Bennett* for respondent.